USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADIRA RICKIRAM and CHIMTA RICKIRAM,

Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY and
SCHINDLER ELEVATOR CORPORATION,

Defendants.

---

1:22-cv-9242-MKV

ORDER OF REMAND

MARY KAY VYSKOCIL, United States District Judge:

A Complaint in the above-captioned matter was filed in the Supreme Court of the State of New York, New York County, and Defendant Schindler Elevator Corporation ("Schindler") removed the matter to this Court on October 27, 2022.  [ECF No. 1].  On November 28, 2022, Defendant New York City Transit Authority ("NYCTA") moved to remand the action to state court on the basis that (1) it does not consent to the removal, as required by 28 U.S.C. § 1446(b)(2)(A); (2) it is a citizen of the State of New York, which, pursuant to 28 U.S.C. § 1441(b), precludes removal in this diversity action; and (3) removal does not serve the interests of judicial economy and consistency, given a similar lawsuit now pending in state court.  [ECF No. 6].  Plaintiffs and Defendant Schindler later advised the Court that all parties consent to the remand.  [ECF Nos. 7, 8].

In light of the reasons for remand set forth in the motion filed by NYCTA, and given that all parties consent to the remand, it is hereby ORDERED that this action is remanded to the Supreme Court of New York, New York County.

The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

**Date:   December 12, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**